Fill in this information to identify your case:

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Ten Sushi LLC** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-2365450** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **500 Mercer Street, Unit C-2, Suite 2B** <br> **Seattle, WA 98109-4654** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **King** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   **www.tensushiseattle.com**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 23-11508-TWD    Doc 1    Filed 08/15/23    Ent. 08/15/23 18:31:52    Pg. 1 of 62

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_7225_

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

| List all cases. If more than 1, attach a separate list | Debtor | **Shinichiro Takahashi** | Relationship | **Sole Member of Debtor** |
|---|---|---|---|---|
| | District | **Western District of Washington** | When | |
| | | | Case number, if known | **Not Yet Filed** |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case 23-11508-TWD    Doc 1    Filed 08/15/23    Ent. 08/15/23 18:31:52    Pg. 3 of 62

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 15, 2023**
MM / DD / YYYY

**X** **/s/ Shinichiro Takahashi**
Signature of authorized representative of debtor

**Shinichiro Takahashi**
Printed name

Title    **Sole Member**

**18. Signature of attorney**

**X** **/s/ Richard B. Keeton**
Signature of attorney for debtor

Date **August 15, 2023**
MM / DD / YYYY

**Richard B. Keeton**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone    **206-292-2110**    Email address    **rkeeton@bskd.com**

**WSBA 51537 WA**
Bar number and State

## MEMBER RESOLUTION OF
## TEN SUSHI LLC

WHEREAS, Ten Sushi LLC, a Washington limited liability company (the "Company"), is experiencing significant financial difficulties and has ceased operations; and

WHEREAS, the undersigned is the sole member of the Company (the "Sole Member") and the manager of the Company (the "Manager"); and

WHEREAS, it is the opinion of the Sole Member and Manager of the Company that the only reasonable and prudent response to the present circumstances is the filing of a voluntary petition in bankruptcy seeking protection under Chapter 7 of the United States Bankruptcy Code; and

WHEREAS, the Company, through its Manger, has selected the law firm of Bush Kornfeld LLP ("Bush Kornfeld") to represent the Company's interests in the Chapter 7 proceeding; and

WHEREAS, Bush Kornfeld has requested, and the Company through its Manager and Sole Member has agreed, that the Company will fund an earned on receipt payment in favor of Bush Kornfeld in the amount of $5,375.00 for the filing of the Chapter 7 bankruptcy.

NOW, THEREFORE, the undersigned Sole Member and Manager consent to the following action by the Company:

RESOLVED, that the Company shall employ the law firm of Bush Kornfeld to represent it in the Chapter 7 proceeding; and it is

FURTHER RESOLVED, that the Company is hereby authorized to pay to Bush Kornfeld a retainer in a total amount of $5,375.00 as an earned on receipt payment from the operating revenues of the Company; and it is

FURTHER RESOLVED, that Shinichiro Takahashi, as the Sole Member and Manager of the Company, be and is hereby authorized and directed to take such steps and execute such documentation as is required in order to effectuate any and all of the foregoing; and it is

FURTHER RESOLVED, that Shinichiro Takahashi, as the Sole Member and Manager of the Company, is hereby authorized and directed to cause the Company to file a Chapter 7 bankruptcy.

SIGNED this 15th day of August, 2023 at Seattle, Washington.

**TEN SUSHI LLC**

_____
Shinichiro Takahashi
Its Manager and Sole Member

**Fill in this information to identify the case:**

Debtor name    **Ten Sushi LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 15, 2023**    X **/s/ Shinichiro Takahashi**
                      Signature of individual signing on behalf of debtor

                                  **Shinichiro Takahashi**
                                  Printed name

                                  **Sole Member**
                                  Position or relationship to debtor

Debtor name **Ten Sushi LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................  $      0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................  $      35,982.16

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................  $      35,982.16

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $      632,237.96

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................  $      84,085.44

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................  +$      252,588.83

4.  **Total liabilities** .........................................................................................
    Lines 2 + 3a + 3b

    $      968,912.23

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | **$0.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Business Advantage Checking Account (deposit account for insurance payments)** | 7953 | **$0.00** |
| 3.2. | **Bank of America** | **Business Advantage Checking Account (Factoria Mall operating account)** | 0016 | **$0.00** |
| 3.3. | **Bank of America** | **Business Advantage Checking Account (International District operating account)** | 7826 | **$0.00** |
| 3.4. | **Bank of America** | **Business Advantage Checking Account (Queen Anne operating account)** | 7911 | **$0.00** |

|      |                 | **Business Advantage Fundamentals Checking Account (Business operating account)** | 8656 | $0.71 |
|------|-----------------|----------------------|------|-------|
| 3.5. | Bank of America |                      |      |       |

|      |                 | **Business Advantage Savings Account** | 7094 | $0.00 |
|------|-----------------|----------------------|------|-------|
| 3.6. | Bank of America |                      |      |       |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

|  | $0.71 |
|--|-------|

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---------|--------------------------|

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **0.00** | - | **0.00** | = .... | **Unknown** |
|---------------------------|----------|---|----------|--------|-------------|
|                           | face amount |   | doubtful or uncollectible accounts |  |  |

**The Debtor utilizes several online meal delivery platforms, including Uber Eats, DoorDash, GrubHub, and Postmates. Receipts by the online platforms are generally received 1-2 business days after each transaction. The Debtor ceased operations on 8/01/2023 and, thus, believes any outstanding A/R would have been received by the Debtor prior to the Petition Date. The Debtor is informed, however, that certain A/R from Grubhub may have been remitted directly to a creditor by way of a UCC lien notice of assignment, but the identify of the recipient and amounts received are unknown.**

| 11a. 90 days old or less: | **98.45** | - | **0.00** | = .... | **$98.45** |
|---------------------------|-----------|---|----------|--------|------------|
|                           | face amount |   | doubtful or uncollectible accounts |  |  |
| **Accounts Receivable (Unnegotiated Checks)** | | | | | |

12.    **Total of Part 3.**

|  | $98.45 |
|--|--------|

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|-----------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Various frozen and non-perishable food products inventory for all three locations (International District, Queen Anne, and Factoria Mall).** | **Approx. 1/01/2023** | **Unknown** | | **Unknown** |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **International District location: Various commercial kitchen cookware, including pots, pans, cutting boards, strainers, knives, cooking utensils, food storage containers, and other kitchen items.** | | **$0.00** | | **Unknown** |
| | **Queen Anne location: Various commercial kitchen cookware, including pots, pans, cutting boards, strainers, knives, cooking utensils, food storage containers, and other kitchen items.** | | **$0.00** | | **Unknown** |
| | **Factoria Mall location: Various commercial kitchen cookware, including pots, pans, cutting boards, strainers, knives, cooking utensils, food storage containers, and other kitchen items.** | | **$0.00** | | **Unknown** |
| | **International District location: Various dining room supplies, including silverware, plates, serving dishes, cups, glassware, dinnerware storage, take-out supplies, etc.** | | **$0.00** | | **Unknown** |

**Queen Anne location:**
**Various dining room**
**supplies, including**
**silverware, plates,**
**serving dishes, cups,**
**glassware, dinnerware**
**storage, take-out**
**supplies, etc.**                                    $0.00                              Unknown

**Factoria Mall location:**
**Various dining room**
**supplies, including**
**silverware, plates,**
**serving dishes, cups,**
**glassware, dinnerware**
**storage, take-out**
**supplies, etc.**                                    $0.00                              Unknown

| 23. | **Total of Part 5.** | $0.00 |
|---|---|---|

Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**2 Desks & 2 Office Chairs (Queen Anne and Factoria locations)** | $0.00 | | Unknown |
| **International District location: Restaurant dining room furniture (approx. 7 tables and 10 chairs)** | $0.00 | | Unknown |

| | | | |
|---|---|---|---|
| **Queen Anne location: Restaurant dining room furniture (approx. 15 tables and 30 chairs); Bar setup.** | $0.00 | | Unknown |
| **Factoria Mall location: Restaurant dining room furniture (approx. 15 tables and 30 chairs)** | $0.00 | | Unknown |

40. **Office fixtures**
    **Various Office Fixtures (Queen Anne and Factoria locations)** — $0.00 — Unknown

41. **Office equipment, including all computer equipment and communication systems equipment and software**
    **2 Laptop Computers (Queen Anne and Factoria locations)** — $0.00 — Unknown

    **Phone Systems (International District, Queen Anne, and Factoria locations)** — $0.00 — Unknown

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles
    42.1. **Queen Anne location: Various Japanese paintings and other artwork.** — $0.00 — Unknown

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86. — **$0.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2018 Toyota Sienna**<br>**VIN 5TDDZ3DCXJS201299** | $0.00 | **Kelley Blue Book** | $35,883.00 |

| | | | |
|---|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | |
| 49. | **Aircraft and accessories** | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **International District location: Various cooking equipment and refrigeration, including 7 commercial refrigerators (2 broken), 2 commercial freezers (1 broken), 1 fryer, 1 gas stove, 1 grill, 1 rice cooker, and commercial kitchen hood ventilation system.** | $0.00 | Unknown |
| | **Queen Anne location: Various cooking equipment and refrigeration, including 5 commercial refrigerators, 2 commercial freezers, 2 fryers, 1 gas stove, 2 rice cookers, 1 ice machine, commercial kitchen hood ventilation system, and dining room sushi conveyor belt.** | $0.00 | Unknown |
| | **Factoria Mall location: Various cooking equipment and refrigeration, including 5 commercial refrigerators, 2 commercial freezers, 2 fryers, 1 gas stove, 1 rice cooker, 1 ice machine, commercial kitchen hood ventilation system, and dining room sushi conveyor belt.** | $0.00 | Unknown |

| | | |
|---|---|---|
| 51. | **Total of Part 8.** | $35,883.00 |
| | Add lines 47 through 50. Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 55.1. | **Possessory Leasehold Interest in and Improvements to Leased Premises at 1207 S. Jackson Street, Suite 106, Seattle, WA 98144 (International District location)** | **Leasehold Interest** | **$0.00** | **Unknown** |
| 55.2. | **Leasehold Interest in and Improvements to Leased Premises at 500 Mercer Street, Unit C-2 and Suite 2B, Seattle, WA 98109 (Queen Anne location)** | **Leasehold Interest** | **$0.00** | **Unknown** |
| 55.3. | **Leasehold Interest in and Improvements to Leased Premises at 3928 Factoria Square Mall SE, Suite B4, Bellevue, WA 98006 (Factoria Mall location)** | **Leasehold Interest** | **$0.00** | **Unknown** |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    **$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☑ No

    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites**<br>**Debtor's Website: www.tensushiseattle.com** | **$0.00** | | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |

| | | |
|---|---|---|
| **WA State Liquor and Cannabis Board Alcohol Permits for International District, Queen Anne, and Factoria Mall locations** | $0.00 | Unknown |
| **King County Food Business Permits for International District, Queen Anne, and Factoria Mall locations** | $0.00 | Unknown |

63. **Customer lists, mailing lists, or other compilations**
Debtor maintains a customer list through various social media platforms: Facebook, Instagram, YouTube, and X f/k/a Twitter.          $0.00          Unknown

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.          $0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                        Current value of debtor's interest

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

| 77. | **Other property of any kind not already listed** _Examples:_ Season tickets, country club membership<br>**Employee Retention Tax Credit - Application submitted on June 16, 2023 currently pending.** | **Unknown** |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

| Debtor | Ten Sushi LLC | Case number *(If known)* |
|---|---|---|
| | Name | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.71 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $98.45 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $35,883.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $35,982.16 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $35,982.16 |

Fill in this information to identify the case:

Debtor name **Ten Sushi LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|

| 2.1 | **24 Capital LLC**<br>Creditor's Name<br><br>**31-10 37th Avenue, Suite 202**<br>**Long Island City, NY 11101**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**All present and future accounts, chattel paper, general intangibles, and any direct or indirect proceeds thereof.** | **$29,055.00** | **Unknown** |

**Describe the lien**
**Future Receivables Sale and Purchase Agreement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**11/08/2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

| 2.2 | **Can Capital Funding LLC**<br>Creditor's Name<br><br>**c/o Corporation Service Co.**<br>**251 Little Falls Drive**<br>**Wilmington, DE 19808**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**All present and future accounts, chattel paper, general intangibles, and any direct or indirect proceeds thereof.** | **$120,749.00** | **Unknown** |

**Describe the lien**
**Future Receipts Purchase Agreement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**1046**
**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 | **CFG Merchant Solutions, LLC** | | $5,377.00 | Unknown |

Creditor's Name

| Describe debtor's property that is subject to a lien |

**180 Maiden Lane, 15th Floor**
**New York, NY 10038**

**All proceeds of future receipts and payments made by cash, check, ACH or other electronic transfer, credit card, debit card, bank card, charge card or other form of monetary payment in the ordinary course of business.**

Creditor's mailing address

Describe the lien
**Future Receipts Purchase Agreement**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**12/13/2022**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.4 | **Chase Auto Finance** | | $46,626.04 | $35,883.00 |

Creditor's Name

| Describe debtor's property that is subject to a lien |
**2018 Toyota Sienna**
**VIN 5TDDZ3DCXJS201299**

**PO Box 901076**
**Fort Worth, TX 76101-2076**

Creditor's mailing address

Describe the lien
**Auto Finance Loan**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1908**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **G and G Funding Group LLC** | | $246,317.39 | Unknown |

| Describe debtor's property that is subject to a lien |

---

Creditor's Name

**All future receipts of monies for the sale of goods and services that monies shall be paid and delivered to debtor by customers and/or other vendees.**

**57 W 57th Street, 4th Floor**
**New York, NY 10019**

Creditor's mailing address

**Describe the lien**
**Future Receivables Sale and Purchase Agreement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**2/23/2023**

■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.6 | **Honest Funding LLC** | **Describe debtor's property that is subject to a lien** | **$13,542.00** | **Unknown** |
| --- | --- | --- | --- | --- |

Creditor's Name

**All present and future receipts, contract rights and other entitlements arising from or relating to the payment of monies from customers and third party payors.**

**4310 W Grace Street**
**Tampa, FL 33607**

Creditor's mailing address

**Describe the lien**
**Revenue Purchase Agreement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**2/06/2023**

■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.7 | **Kalamata Capital Group, LLC** | **Describe debtor's property that is subject to a lien** | **$38,761.80** | **Unknown** |
| --- | --- | --- | --- | --- |

Creditor's Name

**All present and future receipts, contract rights and other entitlements arising from or relating to the payment of monies from customers and third party payors.**

**c/o Corp. Serv. Co.**
**251 Little Falls Drive**
**Wilmington, DE 19808**

Creditor's mailing address

**Describe the lien**
**Revenue Purchase Agreement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

---

Name

**Date debt was incurred**

**7/27/2022**

**Last 4 digits of account number**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check that all apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Contingent |
| | ■ Unliquidated |
| | ■ Disputed |

---

| 2.8 | **LoanMe, Inc.** | **Describe debtor's property that is subject to a lien** | $98,835.84 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **All present and future accounts, chattel paper, deposit accounts, personal property, assets and fixtures, general intangibles, instruments, equipment, inventory, and proceeds.** | | |

**1900 S State College Blvd.
Suite 300
Anaheim, CA 92806-6152**

Creditor's mailing address

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**2/14/2022**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**0911**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check that all apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Contingent |
| | ■ Unliquidated |
| | ■ Disputed |

---

| 2.9 | **NewCo Capital Group VI LLC** | **Describe debtor's property that is subject to a lien** | $24,355.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **All existing and future accounts, payment intangibles, receipts, credit, debit and/or stored value card transactions, contract right and other entitlements.** | | |

**c/o VCorp Agent Services,
Inc.
25 Robert Pitt Dr., Suite 204
Monsey, NY 10952**

Creditor's mailing address

**Describe the lien**

**Revenue Purchase Agreement**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**11/09/2022**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**5006**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check that all apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Contingent |
| | ■ Unliquidated |
| | ■ Disputed |

---

| 2.1 0 | **Parafin, Inc.** | Describe debtor's property that is subject to a lien | $8,618.89 | Unknown |

**Parafin, Inc.**
Creditor's Name

**c/o Incorporating Servs., Ltd.**
**3500 S Dupont Hwy.**
**Dover, DE 19901**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**All future receivables, including accounts, contract rights and other receipts and obligations.**

Describe the lien
**Merchant Cash Advance**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2/28/2022**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 1 | **White Road Capital LLC** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |

**White Road Capital LLC**
Creditor's Name

**27-01 Queens Plaza North Suite 802**
**Long Island City, NY 11101**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**All assets including proceeds and products thereof, accounts receivable, accounts, chattel paper, inventory, equipment, negotiable instruments, and general intangibles.**

Describe the lien
**Future Receivables Purchase Agreement**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**12/28/2022**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $632,237.96 |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ariel Bouskila**<br>**Berkovitch & Bouskila, PLLC**<br>**1545 U.S. 202, Suite 101**<br>**Pomona, NY 10970** | Line **2.7** | |
| **Can Capital, Inc.**<br>**c/o Corporation Service Co.**<br>**251 Little Falls Drive**<br>**Wilmington, DE 19808** | Line **2.2** | |
| **Can Capital, Inc.**<br>**c/o Corporation Service Co.**<br>**80 State Street**<br>**Albany, NY 12207** | Line **2.2** | |
| **CFG Merchant Solutions, LLC**<br>**c/o Corporation Service Co.**<br>**251 Little Falls Drive**<br>**Wilmington, DE 19808** | Line **2.3** | |
| **Chase Auto Finance**<br>**700 Kansas Lane**<br>**Attn: Bankruptcy**<br>**LA4-4025**<br>**Monroe, LA 71203-4774** | Line **2.4** | **1908** |
| **Chris Dackens**<br>**Tucker, Albin & Assoc., Inc.**<br>**1702 N Collins Blvd., Ste. 100**<br>**Richardson, TX 75080** | Line **2.1** | |
| **Empire Recovery Solutions, LLC**<br>**Attn: Erick Moreno**<br>**10 W 37th Street, RM 602**<br>**New York, NY 10018** | Line **2.6** | |
| **G and G Funding Group LLC**<br>**c/o The LLC**<br>**25-03 Borden Avenue**<br>**Long Island City, NY 11101** | Line **2.5** | |
| **GFE Holdings, LLC**<br>**c/o Corporation Trust Company**<br>**1209 Orange Street**<br>**Wilmington, DE 19801** | Line **2.11** | |
| **Honest Funding LLC**<br>**15440 Broad Brush Drive**<br>**Sun City Center, FL 33573** | Line **2.6** | |
| **Isaac H. Greenfield**<br>**Law Office Isaac H. Greenfield**<br>**2 Executive Blvd., Suite 305**<br>**Suffern, NY 10901** | Line **2.5** | |
| **Law Offices Steven Zakharyayev**<br>**Attn: Steven Zakharyayev**<br>**10 W 37th Street, RM 602**<br>**New York, NY 10018** | Line **2.6** | |

**Sean O'Brien**
**Piekarski Law PLLC**
**1 Whitehall St., 2nd Floor**
**New York, NY 10004**

Line __2.9__

**White Road Capital LLC**
**c/o VCorp Services, LLC**
**108 W 13th Street, Suite 100**
**Wilmington, DE 19801**

Line __2.11__

Debtor name **Ten Sushi LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                           12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $907.95 | $907.95 |
|---|---|---|---|---|
| | **Albanidia Mendoza Cuevas**<br>**22604 73rd Lk. W**<br>**Mountlake Terrace, WA 98043** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**8/05/2023** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $261.30 | $261.30 |
|---|---|---|---|---|
| | **Alexa Yaseli Xante Ixcoy**<br>**1760 16th Ave. S.**<br>**Seattle, WA 98144** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**8/05/2023** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address<br>**Amy Salazar**<br>**4306 156th Ave. NE, Unit 24**<br>**Redmond, WA 98052** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,735.13** | **$1,735.13** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**8/05/2023** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**Antonio O. Lobos**<br>**1760 16th Ave. S, Unit 1**<br>**Seattle, WA 98144** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,285.65** | **$3,285.65** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**8/05/2023** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>**City of Bellevue**<br>**Tax Division**<br>**PO Box 90012**<br>**Bellevue, WA 98009** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**various periods** | Basis for the claim:<br>**Local Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address<br>**City of Seattle**<br>**Dep't of Fin. & Admin. Svcs.**<br>**PO Box 34214**<br>**Seattle, WA 98124-4214** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**various periods** | Basis for the claim:<br>**Local Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7 | Priority creditor's name and mailing address **Daniel Hernandez Gonzalez** **14310 SE 8th Street** **Bellevue, WA 98007** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $3,552.84 | $3,552.84 |
|---|---|---|---|---|
| | Date or dates debt was incurred **8/05/2023** | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address **Emiliano Larios Lxcoy** **125 147th Ave. SE, Apt. 2** **Bellevue, WA 98007** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $2,214.05 | $2,214.05 |
|---|---|---|---|---|
| | Date or dates debt was incurred **8/05/2023** | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address **Francisco Lobos Ajpop** **1760 16th Ave. S, Unit 1** **Seattle, WA 98144-4368** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,426.33 | $1,426.33 |
|---|---|---|---|---|
| | Date or dates debt was incurred **8/05/2023** | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address **Francisco M. Tzampop Ajpop** **1760 16th Ave. S, Unit 1** **Seattle, WA 98144** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,721.11 | $1,721.11 |
|---|---|---|---|---|
| | Date or dates debt was incurred **8/05/2023** | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,490.41 | $1,490.41 |

**German M. Lorenzo**
**15620 NE 1st St., Unit 2**
**Bellevue, WA 98008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**8/05/2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $671.86 | $671.86 |

**Hector Miguel Perez Pinula**
**1219 147th Ave. SE**
**Bellevue, WA 98007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**8/05/2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Internal Revenue Service**
**Central Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**various periods**

Basis for the claim:
**Federal Income Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,456.19 | $5,456.19 |

**Jesus Mendoza**
**22604 73rd Lk. W**
**Mountlake Terrace, WA 98043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/20/2023 & 8/05/2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |
| | **Jorge Xocoxic**<br>**11414 164th Ave. SE, Trlr. 29**<br>**Renton, WA 98059** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**8/05/2023** | Basis for the claim:<br>**Wages; Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,569.98** | **$1,569.98** |
| --- | --- | --- | --- | --- |
| | **Juan Carlos Tojin Yat**<br>**2407 Rainier Ave. S, Unit 122**<br>**Seattle, WA 98118** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**8/05/2023** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$839.52** | **$839.52** |
| --- | --- | --- | --- | --- |
| | **Juan Isaias Tzampop Tiu**<br>**7407 Rainier Ave. S., Unit 127**<br>**Seattle, WA 98118** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**8/05/2023** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$635.62** | **$635.62** |
| --- | --- | --- | --- | --- |
| | **Juana Ajpop Xante**<br>**3418 17th Ave. S**<br>**Seattle, WA 98144-6614** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**8/05/2023** | Basis for the claim:<br>**Wages.** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,304.92 | $2,304.92 |
|------|---|---|---|---|

**Kanethza J. Chaname**
**3033 S 224th St.**
**Des Moines, WA 98198**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**8/05/2023**

Basis for the claim:
**Wages**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,121.73 | $2,121.73 |
|------|---|---|---|---|

**Kazumasa Taura**
**1200 NE 143rd St.**
**Seattle, WA 98125**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**8/05/2023**

Basis for the claim:
**Wages**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|------|---|---|---|---|

**King County Treasury**
**201 S Jackson St., Suite 710**
**Seattle, WA 98104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**various periods**

Basis for the claim:
**Personal Property Taxes**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|---|---|---|---|

**Manuel Enrique Osorio Vicente**
**3315 Claremont Ave. S, Apt. 4**
**Seattle, WA 98144**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**8/05/2023**

Basis for the claim:
**Wages; Notice Only**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.23 | Priority creditor's name and mailing address<br>**Maria Vicente**<br>**5922 28th Ave.**<br>**Seattle, WA 98108** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,492.26 | $1,492.26 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**8/05/2023** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address<br>**Miguel A. Zepeda Chavez**<br>**13607 NE 11th St.**<br>**Bellevue, WA 98005** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $91.03 | $91.03 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**8/05/2023** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address<br>**Nozomi Narusaka**<br>**7132 35th Pl. NE**<br>**Marysville, WA 98270** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,251.80 | $2,251.80 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**7/20/2023 & 8/05/2023** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address<br>**Ruben Hernandez Gomez**<br>**125 147th Ave. SE, Apt. 4**<br>**Bellevue, WA 98007** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,781.22 | $1,781.22 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**8/05/2023** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42,156.70 | $15,150.00 |
|---|---|---|---|---|

**Sakiko Narusaka**
**521 S Weller Street, Apt. 270**
**Seattle, WA 98104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/05/2023 - 7/20/2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,124.98 | $1,124.98 |
|---|---|---|---|---|

**Santos Bautista De Leon**
**15666 NE 15th St., Unit 5**
**Bellevue, WA 98008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**8/05/2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,534.56 | $1,534.56 |
|---|---|---|---|---|

**Taiki Narusaka**
**521 S Weller Street, Apt. 270**
**Seattle, WA 98104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**8/05/2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $792.27 | $792.27 |
|---|---|---|---|---|

**Tomomichi Yamada**
**6801 S 133rd St., Apt. H178**
**Seattle, WA 98178**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**8/05/2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**WA Dep't of Labor and Indus.**
**800 Fifth Ave., Suite 2000**
**Seattle, WA 98104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/01/2023 - 8/01/2023**

Basis for the claim:
**WA L&I Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**WA Dep't of Revenue**
**Attn: Bankruptcy Unit**
**2101 4th Ave., Suite 1400**
**Seattle, WA 98121**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/01/2023 - 8/01/2023**

Basis for the claim:
**WA B&O Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**WA Employment Security Dep't**
**PO Box 9046**
**Olympia, WA 98507**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/01/2023 - 8/01/2023**

Basis for the claim:
**WA State Unemployment Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,919.05 | $1,919.05 |
|---|---|---|---|---|

**Yoshihisa Morikawa**
**714 7th Ave., Unit 212**
**Seattle, WA 98104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**8/05/2023**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $746.98 | $746.98 |
| | **Yuli B. Yaqui Larios**<br>**106 147th Ave. SE, Apt. 3**<br>**Bellevue, WA 98007** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred<br>**8/05/2023** | Basis for the claim:<br>**Wages** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,298.93 |
| | **American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998-1535** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **2008** | Basis for the claim: **Amazon Business Prime Credit Card** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Asian Pacific Properties, LLC**<br>**4504 16th Avenue NE, Unit A101**<br>**Seattle, WA 98105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Notice Only** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,240.14 |
| | **Bank of America, N.A.**<br>**Bank of America Corp. Ctr.**<br>**100 North Tryon Street**<br>**Charlotte, NC 28255** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **0184** | Basis for the claim: **Credit Card** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Bank of America, N.A.**<br>**Bank of America Corp. Ctr.**<br>**100 North Tryon Street**<br>**Charlotte, NC 28255** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **2060** | Basis for the claim: **Credit Card** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,941.05 |
| | **Bank of America, N.A.**<br>**Bank of America Corp. Ctr.**<br>**100 North Tryon Street**<br>**Charlotte, NC 28255** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **8117** | Basis for the claim: **Credit Card** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Case 23-11508-TWD    Doc 1    Filed 08/15/23    Ent. 08/15/23 18:31:52    Pg. 35 of 62

| Debtor | **Ten Sushi LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bank of America, N.A.**
**Bank of America Corp. Ctr.**
**100 North Tryon Street**
**Charlotte, NC 28255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Credit Card**

Last 4 digits of account number  **0052**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.09 |
|---|---|---|---|

**CenturyLink Communications**
**100 CenturyLink Drive**
**Monroe, LA 71203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/01/2023**

**Basis for the claim:  Phone and Internet Bill for Service Address: 3928 Factoria Blvd. SE, Suite B4, Bellevue, WA**

Last 4 digits of account number  **4413**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $486.40 |
|---|---|---|---|

**Comcast Business**
**9602 S 300 W., Suite B**
**Sandy, UT 84070-3302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/01/2023**

**Basis for the claim:  Phone and Internet Bill for Service Address: 500 Mercer Street, Ste. 2B, Seattle, WA**

Last 4 digits of account number  **5914**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $253.45 |
|---|---|---|---|

**Comcast Business**
**9602 S 300 W., Suite B**
**Sandy, UT 84070-3302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/27/2023**

**Basis for the claim:  Phone and Internet Bill for Service Address: 1207 S Jackson Street, Ste. 106, Seattle, WA**

Last 4 digits of account number  **2088**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,936.00 |
|---|---|---|---|

**Corporate Services Consultants**
**PO Box 1048**
**Dandridge, TN 37725-1048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/01/2023**

**Basis for the claim:  Waste Pickup Services**

Last 4 digits of account number  **0910**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DoorDash, Inc.**
**303 2nd Street**
**South Tower, Suite 800**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Only**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ERTC Funding**
**1815 Lakewood Road**
**Toms River, NJ 08755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/16/2023**

**Basis for the claim:  ERTC Application Preparation**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Ten Sushi LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GrubHub Holdings Inc.**
**111 W Washington St.**
**Suite 2100**
**Chicago, IL 60602-2783**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HungryPanda US Inc.**
**450 Seventh Ave., Suite 2509**
**New York, NY 10123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,631.34 |
|---|---|---|---|

**Jesus Mendoza**
**22604 73rd Lk. W**
**Mountlake Terrace, WA 98043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/12/2023 - 6/30/2023

**Basis for the claim:** **Restuarant Expenses Reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**K & L, LLC**
**7515 SE 71st Street**
**Mercer Island, WA 98040-5316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/01/2023

**Basis for the claim:** **Lease of Queen Anne Premises located at 500 Mercer Street, Unit C-2 of Lumen Condominium, Seattle, Washington**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105,506.59 |
|---|---|---|---|

**Kimschott Factoria Mall, LLC**
**c/o Kimco Realty Corporation**
**Attn: Legal Department**
**2429 Park Avenue**
**Tustin, CA 92782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/01/2023

**Basis for the claim:** **Leased Premises in The Marketplace at Factoria, Bellevue, Washington**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Paychex Benefit Techs. Inc.**
**911 Panorama Trl. S.**
**Rochester, NY 14625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Payroll Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Postmates, LLC**
**1515 3rd Street**
**San Francisco, CA 94158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $268.77 |

**Puget Sound Energy**
**PO Box 91269**
**Bellevue, WA 98009-9269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/03/2023**

Basis for the claim: **Natural Gas Bill for Service Address: 1207 S Jackson Street, Suite B106, Seattle**

Last 4 digits of account number  **8179**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $752.10 |

**Puget Sound Energy**
**PO Box 91269**
**Bellevue, WA 98009-9269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/27/2023**

Basis for the claim: **Electricity Bill for Service Address: 3928 Factoria Blvd. SE, Suite B4, Bellevue**

Last 4 digits of account number  **7341**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $776.87 |

**Puget Sound Energy**
**PO Box 91269**
**Bellevue, WA 98009-9269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/27/2023**

Basis for the claim: **Natural Gas Bill for Service Address: 3928 Factoria Blvd. SE, Suite B4, Bellevue**

Last 4 digits of account number  **7333**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,166.21 |

**Puget Sound Energy**
**PO Box 91269**
**Bellevue, WA 98009-9269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/28/2023**

Basis for the claim: **Natural Gas Bill for Service Address: 500 Mercer Street # RETL 2, Seattle**

Last 4 digits of account number  **5210**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,149.08 |

**Recology King County, Inc.**
**801 S Fidalgo St., Suite 100**
**Seattle, WA 98108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/30/2023**

Basis for the claim: **Waste Pickup Services**

Last 4 digits of account number  **9963**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $11,409.35 |

**Sakiko Narusaka**
**521 S Weller Street, Apt. 270**
**Seattle, WA 98104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/01/2022 - 3/31/2023**

Basis for the claim: **Restaurant Expenses Reimbursement**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $833.45 |

**Seattle City Light**
**City of Seattle**
**PO Box 35178**
**Seattle, WA 98124-5177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/03/2023**

Basis for the claim: **Electricity Bill for Service Address: 500 Mercer Street, Suite B**

Last 4 digits of account number  **0000**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Ten Sushi LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $543.92 |
|---|---|---|---|

**3.27** Nonpriority creditor's name and mailing address
**Seattle City Light**
**PO Box 35178**
**Seattle, WA 98124-5177**

Date(s) debt was incurred  **7/28/2023**
Last 4 digits of account number  **4438**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Electricity Bill for Service Address: 1207 S Jackson Street, Suite 106**

Is the claim subject to offset? ■ No ☐ Yes

$543.92

---

**3.28** Nonpriority creditor's name and mailing address
**Seattle Kokusai Kaikei**
**11911 NE 1st St., Suite B300**
**Bellevue, WA 98005-3055**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting Services**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.29** Nonpriority creditor's name and mailing address
**SeQuential**
**3333 NW 35th Ave., Bldg. C**
**Portland, OR 97210**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.30** Nonpriority creditor's name and mailing address
**Sysco Seattle, Inc.**
**1390 Enclave Parkway**
**Houston, TX 77077**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Food Supply Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$200.54

---

**3.31** Nonpriority creditor's name and mailing address
**Tomlinson Linen Service**
**2902 South 12th Street**
**Tacoma, WA 98405-2539**

Date(s) debt was incurred  **8/01/2023**
Last 4 digits of account number  **0001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Linen Service for Service Address: 500 Mercer Street, Seattle, WA**

Is the claim subject to offset? ■ No ☐ Yes

$144.27

---

**3.32** Nonpriority creditor's name and mailing address
**Tomlinson Linen Service**
**2902 South 12th Street**
**Tacoma, WA 98405-2539**

Date(s) debt was incurred  **7/31/2023**
Last 4 digits of account number  **0001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Linen Service for Service Address: 3928 Factoria Square Mall SE, #B-04, Bellevue, WA**

Is the claim subject to offset? ■ No ☐ Yes

$63.18

---

**3.33** Nonpriority creditor's name and mailing address
**Tomlinson Linen Service**
**2902 South 12th Street**
**Tacoma, WA 98405-2539**

Date(s) debt was incurred  **8/08/2023**
Last 4 digits of account number  **0002**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Linen Service for Service Address: 1207 S Jackson Street, Unit 106, Seattle, WA 98144**

Is the claim subject to offset? ■ No ☐ Yes

$44.10

---

| Debtor | **Ten Sushi LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.34** Nonpriority creditor's name and mailing address
**Uber Technologies, Inc.**
1515 3rd Street
San Francisco, CA 94158-2211

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address
**US Foods Inc.**
9399 W Higgens Rd., Bldg. 100
Des Plaines, IL 60018

Date(s) debt was incurred  **6/23/2023**

Last 4 digits of account number  **4681**

As of the petition filing date, the claim is: Check all that apply.                    **$59.46**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor; Debit Memo No. 5973971; Order No. 727993**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address
**Waiter.com, Inc.**
1931 Old Middlefield Way
Suite A
Mountain View, CA 94043-2559

Date(s) debt was incurred _

Last 4 digits of account number  **2997**

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** Nonpriority creditor's name and mailing address
**Wismettac Asian Foods, Inc.**
13409 Orden Drive
Santa Fe Springs, CA 90670

Date(s) debt was incurred _

Last 4 digits of account number  **3388**

As of the petition filing date, the claim is: Check all that apply.                    **$669.54**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Food Supply Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **American Express**<br>PO Box 650448<br>Dallas, TX 75265-0448 | Line  **3.1**<br><br>☐  Not listed. Explain ____ | **2008** |
| 4.2 | **Comcast Business**<br>1701 John F Kennedy Blvd.<br>Philadelphia, PA 19103-2838 | Line  **3.8**<br><br>☐  Not listed. Explain ____ | **5914** |
| 4.3 | **Comcast Business**<br>1701 John F Kennedy Blvd.<br>Philadelphia, PA 19103-2838 | Line  **3.9**<br><br>☐  Not listed. Explain ____ | **2088** |
| 4.4 | **Corporate Services Consultants**<br>1015 Gay Street<br>Dandridge, TN 37725-4721 | Line  **3.10**<br><br>☐  Not listed. Explain ____ | **0910** |

| Debtor | **Ten Sushi LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **Kimschott Factoria Mall, LLC**<br>**c/o Kimco Realty Corporation**<br>**Attn: Legal Department**<br>**500 North Broadway, Suite 201**<br>**Jericho, NY 11753** | Line **3.17**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Lawrence S. Glosser**<br>**Ahlers Cressman & Sleight PLLC**<br>**1325 Fourth Avenue, Suite 1850**<br>**Seattle, WA 98101** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Postmates, LLC**<br>**201 3rd Street, Suite 200**<br>**San Francisco, CA 94103** | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Puget Sound Energy**<br>**355 110th Avenue NE #EST-11**<br>**Bellevue, WA 98004-5862** | Line **3.20**<br><br>☐ Not listed. Explain ____ | **8179** |
| 4.9 | **Puget Sound Energy**<br>**355 110th Avenue NE #EST-11**<br>**Bellevue, WA 98004-5862** | Line **3.21**<br><br>☐ Not listed. Explain ____ | **7341** |
| 4.10 | **Puget Sound Energy**<br>**355 110th Avenue NE #EST-11**<br>**Bellevue, WA 98004-5862** | Line **3.22**<br><br>☐ Not listed. Explain ____ | **7333** |
| 4.11 | **Puget Sound Energy**<br>**355 110th Avenue NE #EST-11**<br>**Bellevue, WA 98004-5862** | Line **3.23**<br><br>☐ Not listed. Explain ____ | **5210** |
| 4.12 | **Recology King County, Inc.**<br>**50 California St., Floor 24**<br>**San Francisco, CA 94111-4624** | Line **3.24**<br><br>☐ Not listed. Explain ____ | **9963** |
| 4.13 | **Scott E. Feir**<br>**Montgomery Purdue PLLC**<br>**701 Fifth Avenue, Suite 5500**<br>**Seattle, WA 98104** | Line **3.17**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Seattle City Light**<br>**700 Fifth Avenue, Suite 3200**<br>**Seattle, WA 98124-4023** | Line **3.26**<br><br>☐ Not listed. Explain ____ | **0000** |
| 4.15 | **Seattle City Light**<br>**700 Fifth Avenue, Suite 3200**<br>**Seattle, WA 98124-4023** | Line **3.27**<br><br>☐ Not listed. Explain ____ | **4438** |
| 4.16 | **Sysco Seattle, Inc.**<br>**22820 54th Avenue S.**<br>**Kent, WA 98032-1813** | Line **3.30**<br><br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.17 | **Uber Technologies, Inc.**<br>**1455 Market St., Suite 400**<br>**San Francisco, CA 94103** | Line __3.34__<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **WA Dep't of Revenue**<br>**Treasury Management**<br>**PO Box 47464**<br>**Olympia, WA 98504-7464** | Line __2.32__<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $     84,085.44 |
| 5b. Total claims from Part 2 | 5b. + | $     252,588.83 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $     336,674.27 |

Debtor name   **Ten Sushi LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **International District premises lease by and between Asian Pacific Properties and Shinichiro Takahashi**<br>**12/31/2024** | **Asian Pacific Properties, LLC**<br>**4504 16th Avenue NE, Unit A101**<br>**Seattle, WA 98105** |

| | | |
|---|---|---|
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of Queen Anne Premises located at 500 Mercer Street, Unit C-2 of Lumen Condominium, Seattle, Washington**<br>**10/31/2028** | **K & L, LLC**<br>**7515 SE 71st Street**<br>**Mercer Island, WA 98040-5316** |

| | | |
|---|---|---|
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Leased Premises in The Marketplace at Factoria, Bellevue, Washington**<br>**6/30/2027** | **Kimschott Factoria Mall, LLC**<br>**c/o Kimco Realty Corporation**<br>**Attn: Legal Department**<br>**2429 Park Avenue**<br>**Tustin, CA 92782** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Keystone Rental Agreement for Model ES-2000 Dishmachine Equipment; EcoLab Account No. 010815100; Agreement Code: LSA-000114388 month-to-month** | |
| | State the term remaining | | **Sysco Seattle, Inc.** |
| | List the contract number of any government contract | | **1390 Enclave Parkway** |
| | | | **Houston, TX 77077** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Keystone Rental Agreement for Model XL-2000 Dishmachine Equipment; EcoLab Account No. 010361741; Agreement Code: LSA-000055490 month-to-month** | |
| | State the term remaining | | **Sysco Seattle, Inc.** |
| | List the contract number of any government contract | | **1390 Enclave Parkway** |
| | | | **Houston, TX 77077** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Clean Force Rental Agreement for Model ES-2000 Dishmachine Equipment; Lessor Customer No. 44304681; Agreement Code: LSA-000308249 month-to-month** | |
| | State the term remaining | | **US Foods Inc.** |
| | List the contract number of any government contract | | **9399 W Higgens Rd., Bldg. 100** |
| | | | **Des Plaines, IL 60018** |

Case 23-11508-TWD    Doc 1    Filed 08/15/23    Ent. 08/15/23 18:31:52    Pg. 44 of 62

**Fill in this information to identify the case:**

Debtor name    **Ten Sushi LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Sakiko Narusaka** | **521 S Weller Street, Apt. 270 Seattle, WA 98104 Guarantor** | **K & L, LLC** | ☐ D _____<br>■ E/F _**3.16**_<br>☐ G _____ |
| 2.2 | **Shinichiro Takahashi** | **521 S Weller Street, Apt. 270 Seattle, WA 98104 Guarantor** | **Kalamata Capital Group, LLC** | ■ D _**2.7**_<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Shinichiro Takahashi** | **521 S Weller Street, Apt. 270 Seattle, WA 98104 Guarantor** | **LoanMe, Inc.** | ■ D _**2.8**_<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Shinichiro Takahashi** | **521 S Weller Street, Apt. 270 Seattle, WA 98104 Guarantor** | **24 Capital LLC** | ■ D _**2.1**_<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Shinichiro Takahashi** | **521 S Weller Street, Apt. 270 Seattle, WA 98104 Guarantor** | **Can Capital Funding LLC** | ■ D _**2.2**_<br>☐ E/F _____<br>☐ G _____ |

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 2.6 | **Shinichiro Takahashi** | **521 S Weller Street, Apt. 270 Seattle, WA 98104** Guarantor | **NewCo Capital Group VI LLC** | ■ D __2.9__ ☐ E/F ____ ☐ G ____ |
| 2.7 | **Shinichiro Takahashi** | **521 S Weller Street, Apt. 270 Seattle, WA 98104** Guarantor | **CFG Merchant Solutions, LLC** | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.8 | **Shinichiro Takahashi** | **521 S Weller Street, Apt. 270 Seattle, WA 98104** Guarantor | **White Road Capital LLC** | ■ D __2.11__ ☐ E/F ____ ☐ G ____ |
| 2.9 | **Shinichiro Takahashi** | **521 S Weller Street, Apt. 270 Seattle, WA 98104** Guarantor | **Honest Funding LLC** | ■ D __2.6__ ☐ E/F ____ ☐ G ____ |
| 2.10 | **Shinichiro Takahashi** | **521 S Weller Street, Apt. 270 Seattle, WA 98104** Guarantor | **G and G Funding Group LLC** | ■ D __2.5__ ☐ E/F ____ ☐ G ____ |
| 2.11 | **Shinichiro Takahashi** | **521 S Weller Street, Apt. 270 Seattle, WA 98104** Guarantor | **Kimschott Factoria Mall, LLC** | ☐ D ____ ■ E/F __3.17__ ☐ G ____ |
| 2.12 | **Shinichiro Takahashi** | **521 S Weller Street, Apt. 270 Seattle, WA 98104** Guarantor | **K & L, LLC** | ☐ D ____ ■ E/F __3.16__ ☐ G ____ |
| 2.13 | **Dung Van Nguyen** | **908 S 32nd Place Renton, WA 98055** | **Asian Pacific Properties, LLC** | ☐ D ____ ☐ E/F ____ ■ G __2.1__ |

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Sakiko Narusaka** | **521 S Weller Street, Apt. 270**<br>**Seattle, WA 98104**<br>**Guarantor** | **K & L, LLC** | ☐ D ____<br>☐ E/F ____<br>■ G ___2.2___ |
| 2.15 | **Shinichiro**<br>**Takahashi** | **521 S Weller Street, Apt. 270**<br>**Seattle, WA 98104**<br>**Guarantor** | **Kimschott Factoria**<br>**Mall, LLC** | ☐ D ____<br>☐ E/F ____<br>■ G ___2.3___ |
| 2.16 | **Shinichiro**<br>**Takahashi** | **521 S Weller Street, Apt. 270**<br>**Seattle, WA 98104**<br>**Guarantor** | **K & L, LLC** | ☐ D ____<br>☐ E/F ____<br>■ G ___2.2___ |
| 2.17 | **Shinichiro**<br>**Takahashi** | **521 S Weller Street, Apt. 270**<br>**Seattle, WA 98104**<br>**Lessor** | **Asian Pacific**<br>**Properties, LLC** | ☐ D ____<br>☐ E/F ____<br>■ G ___2.1___ |

# United States Bankruptcy Court
## Western District of Washington

In re **Ten Sushi LLC**
_____ Case No. _____
                                    Debtor(s)          Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................... $ _____ **32,500.00**

    Prior to the filing of this statement I have received ........................ $ _____ **32,500.00**

    Balance Due .................................................................... $ _____ **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 15, 2023**
_____              **/s/ Richard B. Keeton**
_Date_                                        _____
                                              **Richard B. Keeton**
                                              _Signature of Attorney_
                                              **Bush Kornfeld LLP**
                                              **601 Union St., Suite 5000**
                                              **Seattle, WA 98101-2373**
                                              **206-292-2110  Fax: 206-292-2104**
                                              **rkeeton@bskd.com**
                                              _____
                                              _Name of law firm_

---

# United States Bankruptcy Court
## Western District of Washington

In re __Ten Sushi LLC_____

Debtor(s)

Case No. _____

Chapter __7_____

# VERIFICATION OF CREDITOR MATRIX

I, the Sole Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __August 15, 2023_____

__/s/ Shinichiro Takahashi_____

__Shinichiro Takahashi__/__Sole Member__

Signer/Title

```
US ATTORNEY
ATTN BANKRUPTCY ASSISTANT
700 STEWART ST #5220
SEATTLE, WA 98101-4438


INTERNAL REVENUE SVC (PHIL)
CENTALIZED INSOL OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346


US TREASURY
SECRETARY OF THE TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220


WA DEPT OF REV-SEA
BANKRUPTCY/CLAIMS UNIT
2101 4TH AVE #1400
SEATTLE, WA 98121-2300


WA DEPT OF L&I-OLY
COLLECTIONS
PO BOX 44171
OLYMPIA, WA 98504-4171


WA DEPT OF EMP SEC-OLY
UI TAX ADMIN
PO BOX 9046
OLYMPIA, WA 98507-9046


WA ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS UNIT
800 5TH AVE #2000
SEATTLE, WA 98104


RICHARD B. KEETON
BUSH KORNFELD LLP
601 UNION ST., SUITE 5000
SEATTLE, WA 98101-2373


TEN SUSHI LLC
500 MERCER STREET, UNIT C-2, SUITE 2B
SEATTLE, WA 98109-4654
```

```
UNITED STATES OF AMERICA
INTERNAL REVENUE SERVICE
915 SECOND AVE.
SEATTLE, WA 98174


ATTORNEY GENERAL OF THE
  UNITED STATES
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE. NW
WASHINGTON, DC 20530-0001


U.S. SMALL BUSINESS ADMIN.
510 L STREET
ROOM 310
ANCHORAGE, AK 99501


U.S. SMALL BUSINESS ADMIN
LEGAL DEPT.
2401 FOURTH AVE. #400
SEATTLE, WA 98121


24 CAPITAL LLC
31-10 37TH AVENUE, SUITE 202
LONG ISLAND CITY, NY 11101


ALBANIDIA MENDOZA CUEVAS
22604 73RD LK. W
MOUNTLAKE TERRACE, WA 98043


ALEXA YASELI XANTE IXCOY
1760 16TH AVE. S.
SEATTLE, WA 98144


AMERICAN EXPRESS
PO BOX 981535
EL PASO, TX 79998-1535


AMERICAN EXPRESS
PO BOX 650448
DALLAS, TX 75265-0448


AMY SALAZAR
4306 156TH AVE. NE, UNIT 24
REDMOND, WA 98052
```

ANTONIO O. LOBOS
1760 16TH AVE. S, UNIT 1
SEATTLE, WA 98144


ARIEL BOUSKILA
BERKOVITCH & BOUSKILA, PLLC
1545 U.S. 202, SUITE 101
POMONA, NY 10970


ASIAN PACIFIC PROPERTIES, LLC
4504 16TH AVENUE NE, UNIT A101
SEATTLE, WA 98105


BANK OF AMERICA, N.A.
BANK OF AMERICA CORP. CTR.
100 NORTH TRYON STREET
CHARLOTTE, NC 28255


CAN CAPITAL FUNDING LLC
C/O CORPORATION SERVICE CO.
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808


CAN CAPITAL, INC.
C/O CORPORATION SERVICE CO.
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808


CAN CAPITAL, INC.
C/O CORPORATION SERVICE CO.
80 STATE STREET
ALBANY, NY 12207


CENTURYLINK COMMUNICATIONS
100 CENTURYLINK DRIVE
MONROE, LA 71203


CFG MERCHANT SOLUTIONS, LLC
180 MAIDEN LANE, 15TH FLOOR
NEW YORK, NY 10038


CFG MERCHANT SOLUTIONS, LLC
C/O CORPORATION SERVICE CO.
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

CHASE AUTO FINANCE
PO BOX 901076
FORT WORTH, TX 76101-2076


CHASE AUTO FINANCE
700 KANSAS LANE
ATTN: BANKRUPTCY
LA4-4025
MONROE, LA 71203-4774


CHRIS DACKENS
TUCKER, ALBIN & ASSOC., INC.
1702 N COLLINS BLVD., STE. 100
RICHARDSON, TX 75080


CITY OF BELLEVUE
TAX DIVISION
PO BOX 90012
BELLEVUE, WA 98009


CITY OF SEATTLE
DEP'T OF FIN. & ADMIN. SVCS.
PO BOX 34214
SEATTLE, WA 98124-4214


COMCAST BUSINESS
9602 S 300 W., SUITE B
SANDY, UT 84070-3302


COMCAST BUSINESS
1701 JOHN F KENNEDY BLVD.
PHILADELPHIA, PA 19103-2838


CORPORATE SERVICES CONSULTANTS
PO BOX 1048
DANDRIDGE, TN 37725-1048


CORPORATE SERVICES CONSULTANTS
1015 GAY STREET
DANDRIDGE, TN 37725-4721


DANIEL HERNANDEZ GONZALEZ
14310 SE 8TH STREET
BELLEVUE, WA 98007

DOORDASH, INC.
303 2ND STREET
SOUTH TOWER, SUITE 800
SAN FRANCISCO, CA 94107


DUNG VAN NGUYEN
908 S 32ND PLACE
RENTON, WA 98055


EMILIANO LARIOS LXCOY
125 147TH AVE. SE, APT. 2
BELLEVUE, WA 98007


EMPIRE RECOVERY SOLUTIONS, LLC
ATTN: ERICK MORENO
10 W 37TH STREET, RM 602
NEW YORK, NY 10018


ERTC FUNDING
1815 LAKEWOOD ROAD
TOMS RIVER, NJ 08755


FRANCISCO LOBOS AJPOP
1760 16TH AVE. S, UNIT 1
SEATTLE, WA 98144-4368


FRANCISCO M. TZAMPOP AJPOP
1760 16TH AVE. S, UNIT 1
SEATTLE, WA 98144


G AND G FUNDING GROUP LLC
57 W 57TH STREET, 4TH FLOOR
NEW YORK, NY 10019


G AND G FUNDING GROUP LLC
C/O THE LLC
25-03 BORDEN AVENUE
LONG ISLAND CITY, NY 11101


GERMAN M. LORENZO
15620 NE 1ST ST., UNIT 2
BELLEVUE, WA 98008

GFE HOLDINGS, LLC
C/O CORPORATION TRUST COMPANY
1209 ORANGE STREET
WILMINGTON, DE 19801


GRUBHUB HOLDINGS INC.
111 W WASHINGTON ST.
SUITE 2100
CHICAGO, IL 60602-2783


HECTOR MIGUEL PEREZ PINULA
1219 147TH AVE. SE
BELLEVUE, WA 98007


HONEST FUNDING LLC
4310 W GRACE STREET
TAMPA, FL 33607


HONEST FUNDING LLC
15440 BROAD BRUSH DRIVE
SUN CITY CENTER, FL 33573


HUNGRYPANDA US INC.
450 SEVENTH AVE., SUITE 2509
NEW YORK, NY 10123


INTERNAL REVENUE SERVICE
CENTRAL INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346


ISAAC H. GREENFIELD
LAW OFFICE ISAAC H. GREENFIELD
2 EXECUTIVE BLVD., SUITE 305
SUFFERN, NY 10901


JESUS MENDOZA
22604 73RD LK. W
MOUNTLAKE TERRACE, WA 98043


JORGE XOCOXIC
11414 164TH AVE. SE, TRLR. 29
RENTON, WA 98059

JUAN CARLOS TOJIN YAT
2407 RAINIER AVE. S, UNIT 122
SEATTLE, WA 98118


JUAN ISAIAS TZAMPOP TIU
7407 RAINIER AVE. S., UNIT 127
SEATTLE, WA 98118


JUANA AJPOP XANTE
3418 17TH AVE. S
SEATTLE, WA 98144-6614


K & L, LLC
7515 SE 71ST STREET
MERCER ISLAND, WA 98040-5316


KALAMATA CAPITAL GROUP, LLC
C/O CORP. SERV. CO.
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808


KANETHZA J. CHANAME
3033 S 224TH ST.
DES MOINES, WA 98198


KAZUMASA TAURA
1200 NE 143RD ST.
SEATTLE, WA 98125


KIMSCHOTT FACTORIA MALL, LLC
C/O KIMCO REALTY CORPORATION
ATTN: LEGAL DEPARTMENT
2429 PARK AVENUE
TUSTIN, CA 92782


KIMSCHOTT FACTORIA MALL, LLC
C/O KIMCO REALTY CORPORATION
ATTN: LEGAL DEPARTMENT
500 NORTH BROADWAY, SUITE 201
JERICHO, NY 11753


KING COUNTY TREASURY
201 S JACKSON ST., SUITE 710
SEATTLE, WA 98104

```
LAW OFFICES STEVEN ZAKHARYAYEV
ATTN: STEVEN ZAKHARYAYEV
10 W 37TH STREET, RM 602
NEW YORK, NY 10018


LAWRENCE S. GLOSSER
AHLERS CRESSMAN & SLEIGHT PLLC
1325 FOURTH AVENUE, SUITE 1850
SEATTLE, WA 98101


LOANME, INC.
1900 S STATE COLLEGE BLVD.
SUITE 300
ANAHEIM, CA 92806-6152


MANUEL ENRIQUE OSORIO VICENTE
3315 CLAREMONT AVE. S, APT. 4
SEATTLE, WA 98144


MARIA VICENTE
5922 28TH AVE.
SEATTLE, WA 98108


MIGUEL A. ZEPEDA CHAVEZ
13607 NE 11TH ST.
BELLEVUE, WA 98005


NEWCO CAPITAL GROUP VI LLC
C/O VCORP AGENT SERVICES, INC.
25 ROBERT PITT DR., SUITE 204
MONSEY, NY 10952


NOZOMI NARUSAKA
7132 35TH PL. NE
MARYSVILLE, WA 98270


PARAFIN, INC.
C/O INCORPORATING SERVS., LTD.
3500 S DUPONT HWY.
DOVER, DE 19901


PAYCHEX BENEFIT TECHS. INC.
911 PANORAMA TRL. S.
ROCHESTER, NY 14625
```

POSTMATES, LLC
1515 3RD STREET
SAN FRANCISCO, CA 94158


POSTMATES, LLC
201 3RD STREET, SUITE 200
SAN FRANCISCO, CA 94103


PUGET SOUND ENERGY
PO BOX 91269
BELLEVUE, WA 98009-9269


PUGET SOUND ENERGY
355 110TH AVENUE NE #EST-11
BELLEVUE, WA 98004-5862


RECOLOGY KING COUNTY, INC.
801 S FIDALGO ST., SUITE 100
SEATTLE, WA 98108


RECOLOGY KING COUNTY, INC.
50 CALIFORNIA ST., FLOOR 24
SAN FRANCISCO, CA 94111-4624


RUBEN HERNANDEZ GOMEZ
125 147TH AVE. SE, APT. 4
BELLEVUE, WA 98007


SAKIKO NARUSAKA
521 S WELLER STREET, APT. 270
SEATTLE, WA 98104


SANTOS BAUTISTA DE LEON
15666 NE 15TH ST., UNIT 5
BELLEVUE, WA 98008


SCOTT E. FEIR
MONTGOMERY PURDUE PLLC
701 FIFTH AVENUE, SUITE 5500
SEATTLE, WA 98104


SEAN O'BRIEN
PIEKARSKI LAW PLLC
1 WHITEHALL ST., 2ND FLOOR
NEW YORK, NY 10004

```
SEATTLE CITY LIGHT
CITY OF SEATTLE
PO BOX 35178
SEATTLE, WA 98124-5177


SEATTLE CITY LIGHT
PO BOX 35178
SEATTLE, WA 98124-5177


SEATTLE CITY LIGHT
700 FIFTH AVENUE, SUITE 3200
SEATTLE, WA 98124-4023


SEATTLE KOKUSAI KAIKEI
11911 NE 1ST ST., SUITE B300
BELLEVUE, WA 98005-3055


SEQUENTIAL
3333 NW 35TH AVE., BLDG. C
PORTLAND, OR 97210


SHINICHIRO TAKAHASHI
521 S WELLER STREET, APT. 270
SEATTLE, WA 98104


SYSCO SEATTLE, INC.
1390 ENCLAVE PARKWAY
HOUSTON, TX 77077


SYSCO SEATTLE, INC.
22820 54TH AVENUE S.
KENT, WA 98032-1813


TAIKI NARUSAKA
521 S WELLER STREET, APT. 270
SEATTLE, WA 98104


TOMLINSON LINEN SERVICE
2902 SOUTH 12TH STREET
TACOMA, WA 98405-2539


TOMOMICHI YAMADA
6801 S 133RD ST., APT. H178
SEATTLE, WA 98178
```

UBER TECHNOLOGIES, INC.
1515 3RD STREET
SAN FRANCISCO, CA 94158-2211


UBER TECHNOLOGIES, INC.
1455 MARKET ST., SUITE 400
SAN FRANCISCO, CA 94103


US FOODS INC.
9399 W HIGGENS RD., BLDG. 100
DES PLAINES, IL 60018


WA DEP'T OF LABOR AND INDUS.
800 FIFTH AVE., SUITE 2000
SEATTLE, WA 98104


WA DEP'T OF REVENUE
ATTN: BANKRUPTCY UNIT
2101 4TH AVE., SUITE 1400
SEATTLE, WA 98121


WA DEP'T OF REVENUE
TREASURY MANAGEMENT
PO BOX 47464
OLYMPIA, WA 98504-7464


WA EMPLOYMENT SECURITY DEP'T
PO BOX 9046
OLYMPIA, WA 98507


WAITER.COM, INC.
1931 OLD MIDDLEFIELD WAY
SUITE A
MOUNTAIN VIEW, CA 94043-2559


WHITE ROAD CAPITAL LLC
27-01 QUEENS PLAZA NORTH
SUITE 802
LONG ISLAND CITY, NY 11101


WHITE ROAD CAPITAL LLC
C/O VCORP SERVICES, LLC
108 W 13TH STREET, SUITE 100
WILMINGTON, DE 19801

```
WISMETTAC ASIAN FOODS, INC.
13409 ORDEN DRIVE
SANTA FE SPRINGS, CA 90670


YOSHIHISA MORIKAWA
714 7TH AVE., UNIT 212
SEATTLE, WA 98104


YULI B. YAQUI LARIOS
106 147TH AVE. SE, APT. 3
BELLEVUE, WA 98007
```

# United States Bankruptcy Court
## Western District of Washington

In re    __Ten Sushi LLC__

Debtor(s)

Case No. _____

Chapter   __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Ten Sushi LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__August 15, 2023__

Date

**/s/ Richard B. Keeton**

**Richard B. Keeton**

Signature of Attorney or Litigant

Counsel for   **Ten Sushi LLC**

**Bush Kornfeld LLP**

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
**206-292-2110 Fax:206-292-2104**
**rkeeton@bskd.com**